# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS J. WILSON**, *et al.*, | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 05-ms-240 (GK) |
| **KPMG**, *et al.*, | : |
| **Defendants** | : |
| **UNITED STATES,** | : |
| **Movant.** | : |

## ORDER

This matter comes before the Court on the Movant's Motion to Quash Subpoena or issue a protective order. Having considered the Motion, the lack of opposition, and the entire record of this case, the Court **GRANTS** the Motion. Therefore, the Court **ORDERS**

1. That the subpoena issued by this Court to the Internal Revenue Service is hereby **quashed**;

2. That the Fed. R. Civ. P. 30(b)(6) deposition testimony of the Internal Revenue Service **not be had**;

3. That the Clerk of Court shall issue copies of this Order to the parties;

4. That this case is now **CLOSED**.

So ORDERED this 1st day of July, 2005.

                                                /s/
                                                Gladys Kessler
                                                United States District Judge